Name: Eddie Aguilera
Address: 6875 unicorn lane, Las Cruces NM 88012

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2023 JAN 17 AM 10:15
CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Eddie Aguilera, Plaintiff
(Full Name)

CASE NO. 23-CV-41-GBW
(To be supplied by the Clerk)

v.

City of Las Cruces
Mayor) Ken Miyagishima
(chief) Miguel Dominguez
Officer 1) Guillermo Ibarria
Officer 2) Jaime Arroyo
Officer 3 (~~Unknown~~) Christopher Gamez
Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Eddie Aguilera (Plaintiff), is a citizen of New Mexico (State) who presently resides at 6875 unicorn lane las Cruces New Mexico 88012 (Mailing address or place of confinement).

2) Defendant City of las Cruces (Name of first defendant) is a citizen of new Mexico, Las Cruces ~~700 North Main Street~~ Las Cruces NM 88001 (City, State), and is employed as _____ (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ☑ No ☐ If your answer is "Yes", briefly explain: On Several accounts officers in full uniform falsily arrested Me, unlawfully stopped the Vehicole I was in and took my personal phone a violation of my Constitutional Rights

3) Defendant **Ken Miyagishima** (Mayor) is a citizen of ~~Las Cru~~ (Name of second defendant) **new Mexico**, ~~700 N Main street~~ (City, State), and is employed as **Mayor of Las Cruces NM 88001** (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state.

Yes ☑  No ☐   If your answer is "Yes", briefly explain: **officers for the City of las Cruces committed acts Directly against my Right to life itself**

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42 U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

**Direct violation to my right to life
5th amendment
8th amend
14 amend
4th amend   violations**

## B. NATURE OF THE CASE

1) Briefly state the background of your case. **after a number of 911 calls placed by myself in reference to ~~attempts to~~ People attempting to end my life officers neglectfly refused to look at video I captured, that showed city vehicles involvment in thies acts But officers wrongfully without worrent took my Phone falsly arrested me on two seprate accounts illeagaly searched my Phones in attempts to cover up illegale acts committed by city officiales**

5) Defendant Miguel Dominguez (chief of police) is a citizen Las Cruces New Mexico, and is employed as (chief of Police) at the time the claims are alleged in this complaint arose was this Defendant acting under color of State yes ☒  ☐ No if your answer (is yes) briefly explain: Bieng that number of people Involved that work for the Police Department that clearly commit acts that violate the Constitution of the united States of American Once must believe that they were Not Isolated actions by what can be deemed a bad apple. But a pattern Rooted to systematic Defieencies within the police Department Being with the chief of police

6) Defendent Guillermo Ibarra is a citizen of Las Cruces New Mexico and is an employed as Police officer for the city of Las Cruces at the time of the claim alleged in this complaint arose, was this defendent under the color of State yes ☒  ☐ NO if yes. Briefly explain, on 1-17-2022 this officer arrested Me falsly for case Number 2022-0009 3863 when eye witnesses never stated an accident

- occured Nov. dad was I Positively Identified officer Coherised the witnesses on what to say but were unable to Positively Identify me as witnesses stated It was a heavy set hispanic Bald about 5'10 inches tall, as I am Not Bald heavy set I am 6 Feet 2 inch tall after I was arrested officers wrongfully Searched my vehicle without worrent and seized my phone again to cover up city Involvment and erase video and pictures I had on my phone

7) Defendent Jaime arroyo is a citizen of Las Cruces New Mexico and is employed as Police officer for the City of Las Cruces at the time of the claim alleged in this complaint arose was the Defendent acting under color of State yes. ☒   ☐ NO if yes briefly explain: this officer stopped the vehicule under false pretense and arrested me taking me to Dona Ana County jail where I contacted Obama Covid 19

case number 22-019819

8) Defendent unidentified office is a citizen of the City of las Cruces new mexico and is a employeed as Police officer for the City of las Cruces at the time of the claim alleged in this Complaint arose was the Defendent acting under Color of State Yes ☒ ☐ No if yes briefly explain an unidentified male was attempting to end my life so I called 911 as I had recorded the incident with my phone using the application alfred cam the Cops failed to Rend aid so I walked to the las Cruces police Department when I notified police that I had a Warrent I was placed under arrest this officer took me to Dona ana County Jail which where the officer without warrent took posetion of My phone erasing all video

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: Officer ~~Joaquin Arroyo (L-9105)~~ Guillermo Ibarra (L903) violated my 4th amendment to be right from unlaw Search and seizer, 14 amendment

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

On 1-12-2022 officer Guillermo with the assistance of officer Gould officer Gamez and Police Service aid Villareal searched and seized all my personal belonging taking Pictures of all my medical Records and ulitimatly seizing my phone

B)(1) Count II: Violation of my 14 amendment these officers took my phone and erased all evidence I had that someone was trying to hurt me

(2) Supporting Facts: the video survelence shows the officers looking for something In my vehical ~~undisclosed~~ when my Phone was found videos show Villareal Police Service aid placing it in my truck but somehow I had to Pick it up from Las Cruces Police Department

I allege that the following of my Constitutional right priviligize or immunities have been violated and the the following facts form th basis for my allegations

count 1 Violation of my 14 amendment violating 8th amendment

Supporting facts

1. as seen on officers body cam officer Jaime arroyo stopped at the trflight located on West Madrid and alameda the officer turning North on alameda the officer having the right of way failed to make the turn as she waited for Me to pass and begins to follow me makeing a number of turns behind Me before Making the traffic stop for what he says was a failing driverside rear light, Discovering I had a warrent he arrested Me took me to Dona ana County Jail where I was wrong fuly isolated, processed and released only after Contacting Covid 19 an act against my life

C)(1) Count III:

(2) Supporting Facts:

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☑  No ☐   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit.
        Plaintiffs: Eddie Aguilera
        Defendants: City of Las Cruces Mayor Ken Miyagishu chief of police

    b) Name of court and docket number: United States District Court for the District of New Mexico CV 22-00078

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Dismissed

    d) Issues raised: failed to provide address to serve

XE-2   2/78

— 4 —

I allege that the following of My Constitutional rights, privileges or immunities have been violated

4th amendent
14th amendment
5th amendment

Supporting facts

Occuring on or around Feb 27, 2022 I called 911 as some events unfolded. The 911 call scared the asalents away. I maneged to escape. Police officers refused to look at video captured by my alfred cam. in fear for my life I advised officers I had a warrent officers placed Me under arrest. transporting Me to Dona ana County Jail where the officer without warrent seized My phone a violation of my civil rights

Now I have been forced out of My home because the city will not protect its citizens. Law abiding citizens from Malisicig groups of law enforcement who have now made there own laws and fight the constitution of the united states are fue

in addition happening or or around Nov, 23 2022 I went to undergo a proceeder of removing a BB from my foot taking an hour for an Irision that is half an Inch long and maybe 3/4 of an inch Deep, the Doctor failed to extract the BB upon looking at it an observing days after I noticed a bulg at the Insician where you can feel something solid that was left there I can only assume I was illegally microchipo[d]

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at 6875 unicorn lane on 12-7- 2022
Las Cruces NM 88012
(Location)                                              (Date)

_____
(Signature)

e) Approximate date of filing lawsuit: 2-22-22

f) Approximate date of disposition: 9-16-22

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ✓  No ☐  If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought. I filled a report with internal affairs but the Department failed to respond

E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

125 million US Dollars changes in policy with police Department aswell as Implement an oversight committees as was Done in Albuquerqu NM Pro-se

_____                      _____
Signature of Attorney (if any)                Signature of Petitioner

Attorney's full address and telephone number.

XE-2   2/78                    - 5 -